■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED HEWITT, Appellant. [836 NYS2d 884]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 16, 1999 (*People v Hewitt*, 258 AD2d 597 [1999]), affirming a judgment of the Supreme Court, Queens County, rendered May 22, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Mastro, JJ., concur.